**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-03050-CMA-KMT

BILLY J. AUSTIN,

    Plaintiff,

v.

COMMUNICATIONS WORKERS' OF AMERICA,
AFL-CIO,
CLC, and
JOHN DOES 1-25,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulated Motion To Dismiss All Claims With Prejudice (Doc. # 29), signed by the attorneys for the parties hereto, it is

ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED: September __24__, 2012

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge